IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LELAND FOSTER, Individually, | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Civil Action No. 3:19-cv-001 |
| GM REALTY, LLC, a Pennsylvania limited liability company, | ) ) ) ) | |
| Defendant | ) | |

**NOTICE OF SETTLEMENT**

AND NOW come the parties by their undersigned counsel and advise this Honorable Court that the parties have reached an agreement in principle. The parties are finalizing settlement and dismissal documents and expect to file the dismissal papers within thirty (30) days.

Respectfully submitted:

LEECH TISHMAN FUSCALDO &
LAMPL, LLC

By: /s/ Alisa N. Carr

Alisa N. Carr
Pa. I.D. No. 56658

525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
Telephone: (412) 261-1600
Facsimile: (412) 227-5551

Counsel for KMD Hospitality Management, LLC
and GM Realty, LLC

*/s/ Owen B. Dunn, Jr.*
Owen B. Dunn
Ohio Bar No. 74743
dunnlawoffice@sbcglobal.net

Law Offices of Owen Dunn, Jr.
The Ottawa Hills Shopping Center
4334 W. Central Avenue, Suite 222
Toledo, Ohio 43615
Phone: (419) 241-9661
Facsimile: (419) 241-9737